Louis J. Testa (LT2213)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel. 203.821.2000 / Fax 203.821.2008
Counsel to Saylavee, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x
In re:                              :
                                    :   CHAPTER 7
DUCKY INTERACTIVE, INC.,            :
                                    :   CASE NO. 05-23457 (ASH)
           Debtor                   :
───────────────────────────────────x

## NOTICE OF APPEAL

Saylavee, LLC hereby appeals under 28 U.S.C. § 158(a) from the order of the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, entered in this Chapter 7 case on the 4th day of January, 2008 (Doc. No. 150), denying Saylavee LLC's Motion for Order Directing Entry of Judgment Pursuant to 11 U.S.C. § 303(i).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Joseph M. Pastore III, Esq.
Dreier LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone 203.425.9500
Counsel for the Debtor, Ducky Interactive, Inc.

Steven E. Fox, Esq.
Dreier LLP
499 Park Avenue, 14th Floor
New York, New York 10022
Telephone 212.652.3742
Counsel for the Debtor, Ducky Interactive, Inc.

Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
Telephone 914.328.7272
Chapter 7 Trustee

Dated: New Haven, Connecticut
          January 14, 2008

                                        SAYLAVEE, LLC

                            By:   /s/ Louis J. Testa
                                        Louis J. Testa (LT2213)
                                        Neubert, Pepe & Monteith, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, Connecticut 06510
                                        Tel. 203-821-2000 / Fax 203-821-2008
                                        Email: ltesta@npmlaw.com