Louis J. Testa (LT2213)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel. 203.821.2000 / Fax 203.821.2008
Counsel to Saylavee, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| DUCKY INTERACTIVE, INC | Case No. 05-23456 |
| Debtor, | (Chapter 7) |
| | |
| Saylavee, LLC, | |
| Appellant, | |
| v. | |
| | No. 7:08 CV. 1897 (SCR) (LMS) |
| Ducky Interactive, Inc., Scott B. Hockler, and Jeffrey L. Sapir, Esq., | Before Hon. Stephen C. Robinson |
| Appellees', | |

**ORDER GRANTING EXTENSION OF TIME FOR FILING OF BRIEF ON APPEAL PURSUANT TO RULE 8009 (A) Fed. R. Bankr. P.**

Appellant, Saylavee, LLC ("Saylavee") having moved for an Order, pursuant to Rule 8009(a) Fed. R. Bankr. P., seeking an extension of time within which to file a Brief on Appeal in this action,

Upon reading and filing the Motion for Extension of Time for Filing of Brief on Appeal Pursuant to Rule 8009(a) Fed. R. Bankr. P., dated March 14, 2008 ("Motion") together with due proof of service thereof, and due deliberation having been had hereon, and good and sufficient

cause appearing,

**NOW,** upon Motion of Saylavee, LLC by its counsel, Neubert, Pepe, & Monteith, P.C., (by Louis J. Testa, Esq.) it is hereby

**ORDERED,** that the Motion be, and the same hereby is **GRANTED**; and it is further

**ORDERED,** that pursuant to Rule 80009(a) Fed. R. Bankr. P., Saylavee is hereby granted an extension of time for a period of forty-five days (45) until April 29, 2008, within which to file a Brief on Appeal in this action.

Dated: White Plains, NY
March 19, 2008

**SO ORDERED**

*Stephen C Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

M:\BANKRUPT.CY\Lichtman\Pleadings\Order for Motion of Ext. of Time 7.08.CV.01901 LJT 03.14.08.doc