## NEUBERT, PEPE & MONTEITH, P.C.
### Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Eric J. Stockman | Jennifer L. Sammarano |
| Gregory J. Pepe | Kevin M. Godbout | Jeffrey E. McGuinness |
| Deborah Monteith Neubert | Cameron C. Staples | Jarod F. Proto |
| Douglas S. Skalka | Mark I. Fishman | Counsel: |
| Judy K. Weinstein | Simon I. Allentuch | Louis J. Testa* |
| Peter T. Fay | Gretchen G. Randall | Maureen Sullivan Dinnan |
| Andrew R. Lubin | Mark E. Stopa | Regina Duchin Kraus |
| Robert T. Gradoville | Jason T. Prueher | Of Counsel: |
| Nancy Bohan Kinsella | Lucas B. Rocklin | Sonja Goldstein |

**MEMO ENDORSED**

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06890-1482
Telephone: (203) 254-9332
Facsimile: (203) 254-9239

*Admitted in New York Only

*Reply to P.O. Box*
*www.npmlaw.com*



May 28, 2008

**VIA FACSIMILE (914-390-4179) AND OVERNIGHT MAIL**
The Honorable Stephen C. Robinson
U.S. District Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

Re: Ducky Interactive, Inc. (Chapter 7) 05-23456; Saylavee LLC Appellant v. Ducky Interactive, Inc., Scott B. Hockler, and Jeffrey L. Sapir, Esq. Appelleess Civil Action Numbers. 7:08 CV 1897, 1901, and 1903

Dear Judge Robinson:

Our firm represents the Appellant, Saylavee LLC in each of the three (3) appeals ("Appeals") referenced above.

Please view this letter as a confirmation of, and a follow-up to, my telephone conversation of May 28, 2008 with your law clerk, Brandon.

The purpose of this letter is to request a further extension of time until **June 30, 2008** within which to file briefs on appeal in each of these matters. For which an extension was previously granted by the court until April 29, 2008.

The primary ground for this request is that we are awaiting a response from the trustee to resolve each of these matters without further need for judicial intervention, In addition, as noted in my earlier correspondence of April 21, 2008 counsel for the debtor, Ducky Interactive, Inc. and Scott B. Hockler have indicated that they do not intend to participate in these appeals.

Per Brandon's request I contacted the trustee, Jeffrey L. Sapir, Esq. and confirmed that he has no opposition to a further extension until June 30, 2008.

**APPLICATION GRANTED**
*Stephen C. Robinson*

6/2/08

   This is a request pursuant to Rule 8011(b) Fed. R. Bankr. P., for issuance of a procedural order. Pursuant to this Rule the court is authorized to act at any time without awaiting a response and without a hearing. In addition the request is grounded under Rule 8009(a) Fed. R. Bankr. P., which is, in effect a scheduling order permitting the district court to alter the schedule in any manner that it deems appropriate.

   Please do not hesitate to contact me if you have any questions in regard to the foregoing or require further information with respect to this request.

   Thank you for your time and consideration of this matter.

                  Respectfully yours,

                  Louis J. Testa

LJT/lls