# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron C. Staples
Mark I. Fishman
Simon I. Allentuch
Gretchen G. Randall
Mark E. Stopa
Jason T. Prueher
Lucas B. Rocklin

Jennifer L. Cammarano
Jeffrey B. McGuinness
Jarod F. Proto
Counsel:
Louis J. Testa*
Maureen Sullivan Dinnan
Regina Duchin Kraus
Of Counsel:
Sonja Goldstein

30 Jelliff Lane
Southport, Connecticut 06890-1482
Telephone: (203) 254-9332
Facsimile: (203) 254-9239

*Admitted in New York Only

*Reply to P.O. Box*
*www.npmlaw.com*

June 27, 2008

**VIA FACSIMILE (914-390-4179) AND OVERNIGHT MAIL**
The Honorable Stephen C. Robinson
U.S. District Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

Re: Ducky Interactive, Inc. (Chapter 7) 05-23456; Saylavee LLC Appellant v. Ducky Interactive, Inc., Scott B. Hockler, and Jeffrey L. Sapir, Esq. Appelleess Civil Action Numbers. 7:08 CV 1897, 1901, and 1903

Dear Judge Robinson:

Our firm represents the Appellant, Saylavee LLC in each of the three (3) appeals ("Appeals") referenced above.

Prior hereto the Court has graciously agreed to two (2) extensions of time for Appellant to file a Consolidate Brief for the Appeals while attempts were made settle all outstanding disputes among the litigants. Unfortunately, I have been unsuccessful in my efforts despite diligent attempts to settle the Appeals.

Due to this circumstance and certain unforeseen matters which have arisen since the date of the granting of the last extension counsel for the Appellant is constrained to seek a further and final extension of time within which to file the Consolidated Brief. Accordingly, accompanying this letter is a motion ("Motion") which outlines the grounds for this request.

**The primary reasons for this request are identified in paragraphs 9 and 10 of the Motion particularly with regard to counsel's schedule unexpectedly disruptived over the prior two (2) weeks and the overflowing litigation schedule between now and September 10, 2008.**

    This is a request pursuant to Rule 8011(b) Fed. R. Bankr. P., for issuance of a procedural order. Pursuant to this Rule the court is authorized to act at any time without awaiting a response and without a hearing. In addition the request is grounded under Rule 8009(a) Fed. R. Bankr. P., which is, in effect a scheduling order permitting the district court to alter the schedule in any manner that it deems appropriate.

    Please do not hesitate to contact me if you have any questions in regard to the foregoing or require further information with respect to this request.

    Thank you for your time and consideration of this matter.

                              Respectfully yours,

                              Louis J. Testa

LJT/lls

*Appellant's time to file brief is extended to 7/23/08. Document #8 is to be terminated on the docket.*

APPLICATION GRANTED

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION

7/1/08